JANUARY 19, 1981

No. 80-806. Drociak *v.* Supreme Court of New Hampshire. Appeal from Sup. Ct. N. H. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.